FIRST DEPARTMENT, NOVEMBER, 1953.

(November 2, 1953.)

■

In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL SINGER, Respondent, against GEORGE B. CHARNEY, Appellant.— Order affirmed upon the ground that subdivision 3 of section 152 of the Election Law controls in the absence of a showing by the appellant that section 581 of the Penal Law is not applicable to the particular offense for which the Federal court convicted. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.; Cohn, J., concurs in the result and votes to affirm upon the ground that subdivision 4 of section 152 of the Election Law controls.

■

In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL SINGER, Respondent, against VICTOR J. JEROME, Appellant.— Order affirmed in accordance with the decision of this court in *Matter of People ex rel. Singer* v. *Charney* (*ante,* p. 919), decided herewith. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL SINGER, Respondent, against ARNOLD S. JOHNSON, Appellant.— Order affirmed in accordance with the decision of this court in *Matter of People ex rel. Singer* v. *Charney* (*ante,* p. 919), decided herewith. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL SINGER, Respondent, against ALBERT F. LANNON, Appellant.— Order affirmed in accordance with the decision of this court in *Matter of People ex rel. Singer* v. *Charney* (*ante,* p. 919), decided herewith. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.